IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DD-M LEASING COMPANY, INC. dba    )
DD-M CRANE & RIGGING,             )    2:02-cv-00550-GEB-CKD
                                  )
            Plaintiff,            )
                                  )    ORDER
     v.                           )
                                  )
GEO-CON, INC., a corporation;     )
LUMBERMENS MUTUAL CASUALTY CO.,   )
a corporation,                    )
                                  )
            Defendants.           )
_____  )
```

      The Order filed January 21, 2004, directed the parties to "file a document notifying th[e] Court of the case status within ten days" of "the automatic stay [being] lifted." (ECF No. 21.)

      Nothing has been filed by the parties since the January 21, 2004 Order was filed. Therefore, the parties shall file a joint status report no later than April 12, 2013, in which they are required to explain the status of the bankruptcy proceedings. If the automatic stay has been lifted, the parties shall address all pertinent subjects set forth in Local Rule 240.  Failure to respond to this order could result in the dismissal of this action.

      IT IS SO ORDERED.

Dated:  April 1, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge